Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUN 12 AM 10: 22
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

A WALL STREET FUND I, LTD., a Florida limited partnership

vs

NEW WORLD CAPITAL CURRENCY FUND, L.P., a Delaware limited partnership, NEW WORLD CAPITAL EQUITY FUND, L.P., a Delaware limited partnership, NEW WORLD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company, GREGORY DURAN, an individual; and DOES 1-10;

SUMMONS IN A CIVIL ACTION
Case No. '08 CV 1042 J JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Eric I. Michelman, Esq.
Law Offices of Eric I. Michelman
2301 Dupont Dr., Suite 530
Irvine, CA 92612          Tel: (949) 553-1800; Fax: (949) 553-1880;

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUN 12 2008
DATE

By  C. PUTMANN  Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)