# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **A WALL STREET FUND I, LTD.**, a Florida limited partnership | Case No.   08 CV 1042 JAH (JMA) |
| Plaintiff, | |
| vs. | **TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |
| **NEW WORLD CAPITAL CURRENCY FUND, L.P.**, a Delaware limited partnership, **NEW WORLD CAPITAL EQUITY FUND, L.P.**, a Delaware limited partnership, **NEW WORLD CAPITAL MANAGEMENT, LLC**, a Delaware limited liability company, **GREGORY DURAN**, an individual**;** and **DOES 1-10;** | Judge: Hon. John A. Houston<br>Courtroom: 11 |
| Defendants. | |

**TO:   DEFENDANTS NEW WORLD CAPITAL CURRENCY FUND, L.P.**, a Delaware limited partnership, **NEW WORLD CAPITAL EQUITY FUND, L.P.**, a Delaware limited partnership, **NEW WORLD CAPITAL MANAGEMENT, LLC**, a Delaware limited liability company, **GREGORY DURAN**, an individual**;** and DOES 1-10;

1

1  Based upon Plaintiff's Application for Temporary Restraining Order and Order to
2  Show Cause Re: Preliminary Injunction, and the papers submitted in support thereof, this
3  Court finds serious questions going to the merits of Plaintiff's cause of action exists and the
4  balance of hardships tip sharply in Plaintiff's favor.  The Court further finds Defendants'
5  claim of insolvency may prevent Plaintiff from collecting on a money judgment which
6  creates a threat of irreparable injury.  Entry of the order without notice assures any assets
7  remaining in the defendant funds will not be dissipated before the motion for a preliminary
8  injunction is heard.
9  Accordingly, IT IS HEREBY ORDERED Defendants shall appear before this Court at
10  in **Courtroom 11** at 940 Front Street, San Diego, California on **July 11, 2008 at 10:30 a.m.**
11  and show cause why you, and your agents, partners, managers, employees, assignees,
12  successors, representatives, attorneys and all persons and entities acting under, or in concert
13  with, or on behalf of any of you, or subject to the direct or indirect control of all or any of
14  you should not be restrained and all enjoined from taking any of the following action pending
15  trial of this action:
16  (i) investing or trading any funds and investments including, but
17  not limited to, cash, securities, bonds, notes, commodities,
18  derivatives, exchange traded funds, real estate and currency,
19  except for selling such investments solely for U.S. Dollars;
20  (ii) employing or contracting with Gregory Duran, or making any
21  payments to or on behalf of (a) Gregory Duran,  or (b) any
22  relative of Gregory Duran, or (c) any entity which is directly or
23  indirectly controlled by, Gregory Duran; and (iii) dissipating, and
24  alienating any funds or investments in any manner, including
25  transferring any funds and investments beyond the jurisdiction of
26  this Court.
27  Pending hearing on the above Order To Show Cause, you, and your agents, partners,
28

1  managers, employees, assignees, successors, representatives, attorneys and all persons and
2  entities acting under, or in concert with, or on behalf of any of you, or subject to the direct or
3  indirect control of all or any of you are hereby restrained and enjoined from taking any of the
4  following action:

5   (i) investing or trading any funds and investments including, but
6   not limited to, cash, securities, bonds, notes, commodities,
7   derivatives, exchange traded funds, real estate and currency,
8   except for selling such investments solely for U.S. Dollars;
9   (ii) employing or contracting with Gregory Duran, or making any
10  payments to or on behalf of (a) Gregory Duran, or (b) any
11  relative of Gregory Duran, or (c) any entity which is directly or
12  indirectly controlled by, Gregory Duran; and (iii) dissipating, and
13  alienating any funds or investments in any manner, including
14  transferring any funds and investments beyond the jurisdiction of
15  this Court.

16  This Temporary Restraining Order is entered **July 3, 2008 at 4:30 p.m.**
17  This Order To Show Cause and Temporary Restraining Order, and supporting papers
18  must be served on Defendants by Plaintiff **no later than July 7, 2008**. Plaintiff shall file
19  proof of service **no later than July 8, 2008**.
20  IT IS FURTHER ORDERED that Defendants' Opposition to the Order To Show
21  Cause shall be filed and served on Plaintiffs' attorneys by **no later than July 9, 2008**, and
22  that Plaintiffs' Reply be served on Defendants, or on their attorneys, **no later than**
23  **July 10, 2008**.
24  IT IS SO ORDERED.
25  DATED: July 3, 2008

_____
JOHN A. HOUSTON
United States District Judge

3

**TEMPORARY RESTRAINING ORDER**
**AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**
Case No. 08CV 1042 JAH (JMA)