IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A WALL STREET FUND I, LTD., a Florida limited partnership<br><br>Plaintiff,<br><br>vs.<br><br>NEW WORLD CAPITAL CURRENCY FUND, L.P., a Delaware limited partnership, NEW WORLD CAPITAL EQUITY FUND, L.P., a Delaware limited partnership, NEW WORLD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company, **GREGORY DURAN**, an individual; and **DOES 1-10;**<br><br>Defendants. | Case No. 08 CV 1042 JAH (JMA)<br><br>**ORDER DIRECTING PLAINTIFF TO POST SECURITY**<br><br>Judge: Hon. John A. Houston<br>Courtroom: 11 |

Pursuant to the temporary restraining order filed on July 3, 2008 and Federal Rule of Civil Procedure 65(c), Plaintiff shall post a security in the amount of $50,000 with this Court **on or before July 7, 2008**.

DATED: July 3, 2008

_/s/ John A. Houston_
JOHN A. HOUSTON
United States District Judge

---

1
**TEMPORARY RESTRAINING ORDER
AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**
Case No. 08CV 1042 JAH (JMA)