LAW OFFICE OF ERIC I. MICHELMAN
Eric I. Michelman, Bar No. 145017
2301 Dupont Drive, Suite 530
Irvine, CA 92612
Telephone: (949) 553-1800
Facsimile: (949) 553-1880
email: ericmichelman@lawfirmofbusiness.com

Attorney for Plaintiff
A WALL STREET FUND I, LTD.,
a Florida limited partnership

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **A WALL STREET FUND I, LTD.**, a Florida limited partnership, <br><br> Plaintiff, <br><br> vs. <br><br> **NEW WORLD CAPITAL CURRENCY FUND, L.P.**, a Delaware limited partnership, **NEW WORLD CAPITAL EQUITY FUND, L.P.**, a Delaware limited partnership, **NEW WORLD CAPITAL MANAGEMENT, LLC**, a Delaware limited liability company, **GREGORY DURAN**, an individual**;** and **DOES 1-10;** <br><br> Defendants. | Case No.   08 CV 1042 JAH (JMA) <br><br> **PROOF OF SERVICE OF TEMPORARY RESTRAINING ORDER AND OSC RE: PRELIMINARY INJUNCTION AND SUPPORTING PLEADINGS** <br><br> Judge:     Hon. John A. Houston <br> Courtroom:  11 <br> Hearing Date: July 11, 2008 <br> Time:      10:30 a.m. |

Plaintiff A Wall Street Fund I, Ltd. attaches hereto Proof of Service of each the following documents on each of the named defendants:

(1)  Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction (Header Document #5; total pages: 3);

(2)  Ex Parte Application For Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction (Header Document #4; total pages: 3);

1

**PROOF OF SERVICE RE: TRO / OSC Re: PRELIMINARY INJUNCTION**
**Case No. 08CV 1042 JAH (JMA)**

(3)  Memorandum of Points and Authorities (Header Document #4-2; total pages: 5);

(4)  Declaration of Thomas G. Buckley, Jr. (Header Document #4-3; total pages: 6);

(5)  Exhibit A: Letter Dated April 11, 2008(Header Document #4-4; total pages: 1);

(6)  Request For Judicial Notice (Header Document #4-5; total pages: 2);

(7)  State of Delaware "Entity Details" (Header Document #4-6; total pages: 1);

(8)  State of Delaware "Entity Details" (Header Document #4-7; total pages: 1);

(9)  State of Delaware "Entity Details" (Header Document #4-8; total pages: 1);

(10) Declaration of Eric I. Michelman (Header Document #4-9; total pages: 2);

(11) Order Directing Plaintiff to Post Security (Header Document #6; total pages: 1);

DATED:   July 8, 2008            s/ Eric I. Michelman
                                 Eric I. Michelman
                                 Attorney for Plaintiff
                                 A Wall Street Fund I, Ltd.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am a resident in the county of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is **2301 Dupont Drive, Suite 530, Irvine, California 92612.**

**On July 7, 2008, I served the documents described on ATTACHMENT "A" hereto on:**

**Clinton W. Marrs, Esq.,**
**Vogel Campbell & Blueher, P.C.,**
**6100 Uptown Blvd., NE, Ste 500,**
**Albuquerque, New Mexico 87110,**

**legal counsel for Defendant Gregory Duran via e-mail pursuant to the written consent of said Clinton W. Marrs, Esq.**

**[ ](BY MAIL)[C.C.P. § 1013(a)(1)Person Depositing In Mail]** On _____ I deposited such envelope in the mail at **Irvine, California**. The envelope was mailed with postage thereon fully prepaid.

**[ ](BY FACSIMILE)[C.C.P. § 1013(c)]** On _____ at **Irvine, California**, I transmitted the foregoing document at approximately _____ a.m./p.m. via facsimile to the addressee(s) utilizing the appropriate facsimile numbers set forth above. The document was transmitted from facsimile machine number 949-553-1880. The transmission was reported as complete and without error. Attached is a copy of the transmission report; the report was properly issued by the transmitting facsimile machine.

**[ ] BY PERSONAL DELIVERY.** On _____, I caused such envelope to be delivered by hand to the offices of addressee(s) set forth above.

**[ ](BY OVERNIGHT EXPRESS)[C.C.P. § 1013(c)]** On _____, at **Irvine, California**, I deposited such envelope in a box or other facility regularly maintained by Overnight Express, an express service carrier, or delivered to a courier or driver authorized by this express service carrier to receive documents, together with an unsigned copy of this declaration, in an envelope or other package designated by this express service carrier, with delivery fees paid or provided for.

**[X](FEDERAL)** I certify and declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **July 8, 2008**

                                        s/ Eric I. Michelman
                                          Eric I. Michelman

**PROOF OF SERVICE RE: TRO / OSC Re: PRELIMINARY INJUNCTION**

**ATTACHMENT "A"**

LIST OF DOCUMENTS SERVED:

1. Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction (Header Document #5; total pages: 3);

2. Ex Parte Application For Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction (Header Document #4; total pages: 3);

3. Memorandum of Points and Authorities (Header Document #4-2; total pages: 5);

4. Declaration of Thomas G. Buckley, Jr. (Header Document #4-3; total pages: 6);

5. Exhibit A: Letter Dated April 11, 2008 (Header Document #4-4; total pages: 1);

6. Request For Judicial Notice (Header Document #4-5; total pages: 2);

7. State of Delaware "Entity Details" (Header Document #4-6; total pages: 1);

8. State of Delaware "Entity Details" (Header Document #4-7; total pages: 1);

9. State of Delaware "Entity Details" (Header Document #4-8; total pages: 1);

10. Declaration of Eric I. Michelman (Header Document #4-9; total pages: 2);

11. Order Directing Plaintiff to Post Security (Header Document #6; total pages: 1);

State of: CALIFORNIA     In the U.S. District Court     Southern District of California
County of _____

AWALI STREET FUND, Ltd Plaintiff/Petitioner

vs.

NEW WORLD CAPITAL CURRENCY FUND, LP et al Defendant/Respondent

Cause No. 08-CV-1042-J-JMA

_____ Garnishee

**AFFIDAVIT OF SERVICE**

State of New Mexico )
County of Santa Fe )

___DONALD E MURRAY___ BEING FIRST DULY SWORN upon his oath, says that he is over the age of eighteen years and not a party to this law suit and that he served a copy of the
___ SUMMONS & COMPLAINT    ___ SUBPOENA    ___ WRIT OF GARNISHMENT
___ OTHER  SEE ATTACHED LIST
in the above cause within the county and state herein above stated, upon NEW WORLD CAPITAL CURRENCY FUND, LLC
On the 2 day of July 2008 at 8:23 pm in the following manner:

___ I made service upon the above mentioned person by delivering the above designated papers to him/her personally.

After attempting to serve the summons and complaint on the defendant by personal service, service was made by delivering a copy of this summons, with a copy of the complaint attached, in the following manner:

___ to _____, a person over the age of 15 years residing at the usual place of abode of the above-mentioned person, who was absent and by mailing by first class mail to the defendant at _____, (insert defendant's last know mailing address) a copy of the summons and complaint.

___ to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (insert defendant's business address) and by mailing the summons and complaint by first class mail to the defendant at _____ (insert defendant's last known mailing address).

✓ to STEPHANIE DURAN, WIFE OF GREGORY DURAN, PRINCIPAL EXECUTIVE OFFICER
For NEW WORLD CAPITAL CURRENCY FUND, LLC, (parent) (guardian) (custodian) (conservator) (guardian ad litem) of defendant

___ to _____, (used when defendant is a minor or an incompetent person).

___ to the New Mexico Superintendent of Insurance, _____ designated agent.

___ to _____ (name of person), _____, (title of person authorized to receive service. Used when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).

FEES:
Service/Return: $ 45.00
Mileage:        $ 27.20
Other: RUSH FEES $ 20.00
Tax:            $ 5.16
TOTAL:          $ 97.36

_____
Process Server  DONALD E MURRAY

SUBSCRIBED and SWORN TO before me this 8th day of July 2008

_____
Notary Public

Notary Seal [Linda Lonsdale Notary seal]

My commission expires: 3-18-12

Affidavit designed and produced by DUE PROCESS 505/982-3313 P.O. BOX 1841 SANTA FE, NM 87504-1841

SERVED each of the following documents:

1. Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction (Header Document #5; total pages: 3);

2. Ex Parte Application For Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction (Header Document #4; total pages: 3);

3. Memorandum of Points and Authorities (Header Document #4-2; total pages: 5);

4. Declaration of Thomas G. Buckley, Jr. (Header Document #4-3; total pages: 6);

5. Exhibit A: Letter Dated April 11, 2008 (Header Document #4-4; total pages: 1);

6. Request For Judicial Notice (Header Document #4-5; total pages: 2);

7. State of Delaware "Entity Details" (Header Document #4-6; total pages: 1);

8. State of Delaware "Entity Details" (Header Document #4-7; total pages: 1);

9. State of Delaware "Entity Details" (Header Document #4-8; total pages: 1);

10. Declaration of Eric I. Michelman (Header Document #4-9; total pages: 2);

11. Order Directing Plaintiff to Post Security (Header Document #6; total pages: 1);

State of CALIFORNIA                   In the U.S. District Court    Southern District of California
                                                                    County of _____

AWALL STREET FUND, Ltd Plaintiff/Petitioner       Cause No. 08-CV-1042-J-JMA
                    vs.
NEW WORLD CAPITAL CURRENCY FUND, LP et al Defendant/Respondent

_____ Garnishee
                                          AFFIDAVIT OF SERVICE

State of New Mexico )
County of Santa Fe )

_____ DONALD R MURRAY _____ BEING FIRST DULY SWORN upon his oath, says that he is over the age of eighteen years and not a party to this law suit and that he served a copy of the
___ SUMMONS & COMPLAINT    ___ SUBPOENA    ___ WRIT OF GARNISHMENT
___ OTHER  SEE ATTACHED LIST
in the above cause within the county and state herein above stated, upon NEW WORLD CAPITAL EQUITY FUND L.P.
On the 7 day of JULY 2008 at 8:24 pm in the following manner:

___ I made service upon the above mentioned person by delivering the above designated papers to him/her personally.

After attempting to serve the summons and complaint on the defendant by personal service, service was made by delivering a copy of this summons, with a copy of the complaint attached, in the following manner:

___ to _____, a person over the age of 15 years residing at the usual place of abode of the above-mentioned person, who was absent and by mailing by first class mail to the defendant at _____, (insert defendant's last know mailing address) a copy of the summons and complaint.

___ to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (insert defendant's business address) and by mailing the summons and complaint by first class mail to the defendant at _____ (insert defendant's last known mailing address).

✓ to STEPHANIE DURAN WIFE OF GREGORY DURAN, PRINCIPAL EXECUTIVE OFFICER
For NEW WORLD CAPITAL EQUITY FUND L.P., (parent) (guardian) (custodian) (conservator) (guardian ad litem) of defendant

___ to _____, (used when defendant is a minor or an incompetent person).

___ to the New Mexico Superintendent of Insurance, _____ designated agent.

___ to _____ (name of person), _____, (title of person authorized to receive service. Used when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).

FEES:
Service/Return: $ 45.00
Mileage:        $ _____
Other: COPIES  $ 15.00
Tax:            $ 3.57
TOTAL:          $ 64.17

_____
Process Server

SUBSCRIBED and SWORN TO before me this 8th day of July 2008
_____
Notary Public

My commission expires: 3-18-12

Notary Seal [stamp: LINDA LONSDALE NOTARY PUBLIC]

Affidavit designed and produced by DUE PROCESS 505/982-3313 P.O. BOX 1841 SANTA FE, NM 87504-1841

Jul 08 08 08:04a   DON MURRAY   5054732787   p.3

SERVED each of the following documents:

1. Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction (Header Document #5; total pages: 3);

2. Ex Parte Application For Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction (Header Document #4; total pages: 3);

3. Memorandum of Points and Authorities (Header Document #4-2; total pages: 5);

4. Declaration of Thomas G. Buckley, Jr. (Header Document #4-3; total pages: 6);

5. Exhibit A: Letter Dated April 11, 2008 (Header Document #4-4; total pages: 1);

6. Request For Judicial Notice (Header Document #4-5; total pages: 2);

7. State of Delaware "Entity Details" (Header Document #4-6; total pages: 1);

8. State of Delaware "Entity Details" (Header Document #4-7; total pages: 1);

9. State of Delaware "Entity Details" (Header Document #4-8; total pages: 1);

10. Declaration of Eric I. Michelman (Header Document #4-9; total pages: 2);

11. Order Directing Plaintiff to Post Security (Header Document #6; total pages: 1);

State of CALIFORNIA    In the U.S. District Court    Southern District of California
County of _____

AWALI STREET FUND, Ltd Plaintiff/Petitioner    Cause No. 08-CV-1042-J-JMA

vs.

NEW WORLD CAPITAL CURRENCY FUND, LP et al Defendant/Respondent

_____ Garnishee

## AFFIDAVIT OF SERVICE

State of New Mexico )
County of Santa Fe )

DONALD E MURRAY BEING FIRST DULY SWORN upon his oath, says that he is over the age of eighteen years and not a party to this law suit and that he served a copy of the
___ SUMMONS & COMPLAINT    ___ SUBPOENA    ___ WRIT OF GARNISHMENT
___ OTHER SEE ATTACHED LIST
in the above cause within the county and state herein above stated, upon NEW WORLD CAPITAL MANAGEMENT, LLC
On the 7 day of JULY 20 08 at 8:25 pm in the following manner:

___ I made service upon the above mentioned person by delivering the above designated papers to him/her personally.

After attempting to serve the summons and complaint on the defendant by personal service, service was made by delivering a copy of this summons, with a copy of the complaint attached, in the following manner:

___ to _____, a person over the age of 15 years residing at the usual place of abode of the above-mentioned person, who was absent and by mailing by first class mail to the defendant at _____, (insert defendant's last know mailing address) a copy of the summons and complaint.

___ to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (insert defendant's business address) and by mailing the summons and complaint by first class mail to the defendant at _____ (insert defendant's last known mailing address).

✓ to STEPHANIE DURAN, WIFE OF GREGORY DURAN, PRINCIPAL EXECUTIVE OFFICER
For NEW WORLD CAPITAL MANAGEMENT, L.L.C

___ to _____, (parent) (guardian) (custodian) (conservator) (guardian ad litem) of defendant (used when defendant is a minor or an incompetent person).

___ to the New Mexico Superintendent of Insurance, _____ designated agent.

___ to _____ (name of person), _____ (title of person authorized to receive service. Used when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).

FEES:
Service/Return: $ 45.00
Mileage: $ _____
Other: $ _____
Tax: $ 3.57
TOTAL: $ 48.57

_____ Process Server

SUBSCRIBED and SWORN TO before me this 8th day of July 2008

_____ Notary Public

My commission expires: 3-18-12

Notary Seal

Affidavit designed and produced by DUE PROCESS 505/982-3313 P.O. BOX 1841 SANTA FE, NM 87504-1841

SERVED each of the following documents:

1. Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction (Header Document #5; total pages: 3);

2. Ex Parte Application For Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction (Header Document #4; total pages: 3);

3. Memorandum of Points and Authorities (Header Document #4-2; total pages: 5);

4. Declaration of Thomas G. Buckley, Jr. (Header Document #4-3; total pages: 6);

5. Exhibit A: Letter Dated April 11, 2008(Header Document #4-4; total pages: 1);

6. Request For Judicial Notice (Header Document #4-5; total pages: 2);

7. State of Delaware "Entity Details" (Header Document #4-6; total pages: 1);

8. State of Delaware "Entity Details" (Header Document #4-7; total pages: 1);

9. State of Delaware "Entity Details" (Header Document #4-8; total pages: 1);

10. Declaration of Eric I. Michelman (Header Document #4-9; total pages: 2);

11. Order Directing Plaintiff to Post Security (Header Document #6; total pages: 1);