1  LAW OFFICE OF ERIC I. MICHELMAN
   Eric I. Michelman, Bar No. 145017
2  2301 Dupont Drive, Suite 530
   Irvine, CA 92612
3  Telephone: (949) 553-1800
   Facsimile: (949) 553-1880
4  email: ericmichelman@lawfirmofbusiness.com

5  Attorney for Plaintiff
   A WALL STREET FUND I, LTD.,
6  a Florida limited partnership

7

8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10

11

12 | A WALL STREET FUND I, LTD., ) Case No.  08 CV 1042 JAH (JMA)
   | a Florida limited partnership )
13 |                               )
   |            Plaintiff,         )
14 |                               )
   |                               )
15 |    vs.                        ) DECLARATION OF
   |                               ) THOMAS G. BUCKLEY, JR.
16 | NEW WORLD CAPITAL CURRENCY    )
   | FUND, L.P., a Delaware limited partnership, ) [FILED IN SUPPORT OF PLAINTIFF'S SUR
17 | NEW WORLD CAPITAL EQUITY FUND,) REPLY]
   | L.P., a Delaware limited partnership, )
18 | NEW WORLD CAPITAL MANAGEMENT, )
   | LLC, a Delaware limited liability ) Judge: Hon. John A. Houston
19 | company, GREGORY DURAN, an individual; ) Courtroom: 11
   | and DOES 1-10;                ) Date: July 11, 2008
20 |                               )
   |            Defendants.        )
21 |                               )
22 |                               )
   | _____)
23

24  I, THOMAS G. BUCKLEY, JR., hereby declare that:
25       1.    I am the general partner of A Wall Street Fund I, L.P., the plaintiff ("Plaintiff")
26  in this case, and execute and file this Declaration in support of Plaintiff's Sur-Reply re: OSC
27  RE: Preliminary Injunction. If called as a witness in this matter, I can competently and
28  completely testify to the facts stated herein.

                                          1

2. Plaintiff is located in 10975 Promesa Dr. San Diego, CA 92124. Attached as Exhibit "1" is an invoice from A1A Corporate Services Inc. which provided services to organize Plaintiff in June, 2007. The address for Plaintiff is 10975 Promesa Dr. San Diego, CA 92124.

3. I received Defendant Duran's November 29, 2007 email which is Exhibit "A" to Plaintiff's Reply at 10975 Promesa Dr. San Diego, CA 92124 on or about that time.

4. On November 30, 2007 I caused the wire transfer of $750,000 from 10975 Promesa Dr. San Diego, CA 92124 to be sent to the attention of Defendant Duran pursuant to his email instruction which is Exhibit "A" to Plaintiff's Reply.

5. Attached hereto as Exhibit "2" is a true and correct copy of pages 2 and 3 of the New World Capital Equity Fund, L.P. and New World Currency Fund, L.P. Subscriber Information Form which I completed in connection with the Plaintiff's investment in such Funds. Page 3 of such form specifies that 10975 Promesa Dr. San Diego, CA 92124 is the location of Plaintiff for the months of April through December.

6. Attached hereto as Exhibit "3" is a true and correct copy of the first page of Plaintiff's Schwab One Account for the month of Novmeber 1 through 30, 2007 showing that Plaintiff is located at 10975 Promesa Dr. San Diego, CA 92124

This Declaration is executed in San Diego, California on July 14, 2008, under the penalties of perjury.

_____
Thomas G. Buckley, Jr.

| A1A CORPORATE SERVICES INC. | | | COMPANY NAME | |
|---|---|---|---|---|
| 6901 OKEECHOBEE BLVD. UNIT J 5 | | | A WALL STREET FUND I, LTD. | |
| WEST PALM BEACH, FL 33411 | | | | |
| TELEPHONE 1-800-494-3124 | | | INVOICE DATE | 6/4/2007 |
| FAX 1-305-675-2811 | | | INVOICE NO. | Z-37381-I |
| EMAIL inc@a1acorp.com | | | | |
| http://www.a1acorp.com | | | | |

| **BILL** | | | | |
|---|---|---|---|---|
| ADDRESS | Thomas G. Buckley | | | |
| | 10975 Promesa Drive | | | |
| CITY STATE ZIP | San Diego | California | 92124 | |
| TEL FAX EMAIL | 561-391-6862 | 561-447-0819 | | tombuckley@sbcglobal.net |

| **SHIP TO:** | | | | |
|---|---|---|---|---|
| ADDRESS | Thomas G. Buckley | | | |
| | 10975 Promesa Drive | | | |
| CITY STATE ZIP | San Diego | California | 92124 | |

| PRODUCTS AND SERVICES | PRICE |
|---|---|
| Florida Limited Partnership | $1,200.00 |
| SAME DAY WALK IN Filing Service | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |

**PAID**

fedex

CARD **************************

EXPIRATION

| | |
|---|---|
| SUBTOTA | $1,200.00 |
| SALES | $0.00 |
| SHIPPING | $29.00 |
| TOTAL | $1,229.00 |

EXHIBIT 1

NEW WORLD CAPITAL EQUITY FUND, L.P.
&
NEW WORLD CAPITAL CURRENCY FUND, L.P.

SUBSCRIBER INFORMATION FORM

PART A OF THIS SUBSCRIBER INFORMATION FORM IS DIVIDED INTO THREE PARTS. ALL SUBSCRIBERS ARE REQUIRED TO COMPLETE PART I. SUBSCRIBERS WHO ARE NATURAL PERSONS OR GRANTOR TRUSTS MUST COMPLETE PART II. ALL OTHER SUBSCRIBERS MUST COMPLETE PART III.

ALL SUBSCRIBERS MUST COMPLETE THE SUBSCRIBER QUALIFICATION QUESTIONS IN **PART B**.

| PART A – SUBSCRIBER INFORMATION |
|---|

| I.   TO BE COMPLETED BY ALL SUBSCRIBERS |
|---|

1. **Identity of Subscriber**

   Name(s):  *A Wall Street Fund 1 LTD*

   Please check *all* of the boxes that describe the beneficial owner(s) for whose account the interest is being acquired.

   ☐ Individual                              ☐ Tax-exempt endowment
   ☐ Joint (spouses)                         ☐ Other tax-exempt organization
   ☐ Joint (other)                           ☐ Employee benefit plan (self-directed)
   ☐ Personal trust (taxable to grantor)     ☐ Employee benefit plan (trustee directed)
   ☐ Personal trust (other)                  ☒ Fund of funds
   ☐ Individual retirement account           ☐ Family partnership or LLC
   ☐ Charitable trust                        ☐ Business entity (other)
   ☐ Private tax-exempt foundation

EXHIBIT 2

2

2. **Contact Information**

   Primary Contact for Notices and Communications

   Name: *THOMAS BUCKLEY*

   Mailing Address: *7-RLYM PALM WAY*
   *BOCA RATON FL 33432*

   Telephone: *561 291 6862*

   Facsimile: *NOTE USE January thru march*

   E-mail: *Tombuckley@sbcglobal.net*

   Secondary Contact for Notices and Communications (optional) *mailing address*

   Name: *THOMAS BUCKLEY*

   Mailing Address: *10975 PROMESA DR SAN DIEGO CA 92124*

   Telephone: *858 277 5931*

   *NOTE USE april thru december*

   Facsimile: _____

   E-mail: _____

   Send copy of Financial Statements and Tax Information Returns to (optional)

   Name: *NO*

   Mailing Address: _____

   Telephone: _____

   Facsimile: _____

   E-mail: _____

**EXHIBIT 2**

# SCHWAB

Schwab One® Account of
A WALL STREET FUND 1, LTD
A PARTNERSHIP

Account Number: 4255-6588

Statement Period: November 1-30, 2007

"30000026OD103"

Explore the features and benefits of this statement.
Visit www.schwab.com/premiumstatement for more information.
Going paperless is easy. Log in to www.schwab.com/estatements.



00/11-CTBV4802-000260-SML-82124231400  159057 '3-4

A WALL STREET FUND 1, LTD
A PARTNERSHIP
10975 PROMESA DR
SAN DIEGO CA    92124-2314

000260

## Customer Service and Account Information

**Customer Service and Trading:**
Call your Schwab Representative
1 (800) 435-9050

**Schwab by Phone.™**
Automated Services:
1 (800) 435-8804

**TeleBroker®:**
1 (800) 272-4922

**Visit Our Web Site:**
schwab.com

**Cost Basis Updates:**
To provide updates for incomplete cost basis information, please visit schwab.com/gainloss

## Market Monitor

**Rates**                         **Yield**
Margin Loan Rate              7.500 - 10.000%

**Indices**                       **Year To Date Change**
Dow Jones Industrial Average       7.29%
Standard & Poor's 500 Index®       4.43%
Schwab 1000 Index®                 5.15%
NASDAQ Composite Index            10.17%

© 2007 Charles Schwab & Co. Inc. All rights reserved. Member SIPC. (0506-7863) 2002-21510 S-PQSB4H1
CTBV4802-000260  159057

**EXHIBIT 3**