LAW OFFICE OF ERIC I. MICHELMAN
Eric I. Michelman, Bar No. 145017
2301 Dupont Drive, Suite 530
Irvine, CA 92612
Telephone: (949) 553-1800
Facsimile: (949) 553-1880
email: ericmichelman@lawfirmofbusiness.com

Attorney for Plaintiff
A WALL STREET FUND I, LTD.,
a Florida limited partnership

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **A WALL STREET FUND I, LTD.**, a Florida limited partnership,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>**NEW WORLD CAPITAL CURRENCY FUND, L.P.**, a Delaware limited partnership, **NEW WORLD CAPITAL EQUITY FUND, L.P.**, a Delaware limited partnership, **NEW WORLD CAPITAL MANAGEMENT, LLC**, a Delaware limited liability company, **GREGORY DURAN**, an individual**;** and **DOES 1-10;**<br><br>　　　　　Defendants. | Case No.  08 CV 1042 JAH (JMA)<br><br>**PROOF OF SERVICE OF PLAINTIFF'S SUR-REPLY AND DECLARATION OF THOMAS G. BUCKLEY**<br><br>Judge:　　Hon. John A. Houston<br>Courtroom:　11<br>Hearing Date: July 11, 2008<br>Time:　　10:30 a.m. |

STATE OF CALIFORNIA, COUNTY OF ORANGE

　　I am a resident in the county of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is **2301 Dupont Drive, Suite 530, Irvine, California 92612.**

　　**On July 14, 2008, I served:**

1. Sur-Reply Re: OSC Preliminary Injunction

2. Declaration of Thomas G. Buckley, Jr. [Filed in Support of Plaintiff's Sur Reply];

1

**PROOF OF SERVICE RE: PLAINTIFF's SUR-REPLY and DECLARATION OF BUCKLEY**
**Case No. 08CV 1042 JAH (JMA)**

**on:**

**Clinton W. Marrs, Esq.,
Vogel Campbell & Blueher, P.C.,
6100 Uptown Blvd., NE, Ste 500,
Albuquerque, New Mexico 87110,**

**legal counsel for Defendant Gregory Duran via e-mail pursuant to the written consent of said Clinton W. Marrs, Esq.**

**[ ](BY MAIL)[C.C.P. § 1013(a)(1)Person Depositing In Mail]** On _____ I deposited such envelope in the mail at **Irvine, California**. The envelope was mailed with postage thereon fully prepaid.

**[ ](BY FACSIMILE)[C.C.P. § 1013(c)]** On _____ at **Irvine, California**, I transmitted the foregoing document at approximately _____ a.m./p.m. via facsimile to the addressee(s) utilizing the appropriate facsimile numbers set forth above. The document was transmitted from facsimile machine number 949-553-1880. The transmission was reported as complete and without error. Attached is a copy of the transmission report; the report was properly issued by the transmitting facsimile machine.

**[ ] BY PERSONAL DELIVERY.** On _____, I caused such envelope to be delivered by hand to the offices of addressee(s) set forth above.

**[ ](BY OVERNIGHT EXPRESS)[C.C.P. § 1013(c)]** On _____, at **Irvine, California**, I deposited such envelope in a box or other facility regularly maintained by Overnight Express, an express service carrier, or delivered to a courier or driver authorized by this express service carrier to receive documents, together with an unsigned copy of this declaration, in an envelope or other package designated by this express service carrier, with delivery fees paid or provided for.

**[X](FEDERAL)** I certify and declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **July 14, 2008**

                                          s/ Eric I. Michelman
                                             Eric I. Michelman