UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**NOTICE OF DOCUMENT DISCREPANCIES**

FILED
2008 JUL 14 PM 3:36
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

*This space for Clerk's Office File Stamp*

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Houston
FROM: J. Paris,       Deputy Clerk     RECEIVED DATE:  7/11/08
CASE NO.:  08cv1042       DOCUMENT FILED BY:  Gregory Duran
CASE TITLE:  A Wall Street Fund I, LTD v. New World
DOCUMENT ENTITLED:  Motion to dismiss

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| X | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| ☐ |  | OTHER: |

Date forwarded:  7/11/08

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

IT IS HEREBY ORDERED:

☒ The document is to be filed nunc pro tunc to date received.

☐ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF:  Houston

Dated: 7/14/08       By: _____
cc: All Parties