1  LAW OFFICE OF ERIC I. MICHELMAN
   Eric I. Michelman, Bar No. 145017
2  2301 Dupont Drive, Suite 530
   Irvine, CA 92612
3  Telephone: (949) 553-1800
   Facsimile: (949) 553-1880
4  email: ericmichelman@lawfirmofbusiness.com

5  Attorney for Plaintiff
   A WALL STREET FUND I, LTD.,
6  a Florida limited partnership

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11
   A WALL STREET FUND I, LTD.,                 Case No.  08 CV 1042 JAH (JMA)
12 a Florida limited partnership

13                   Plaintiff,

14
           vs.                                 SUBSTITUTION OF PLAINTIFF'S
15                                             COUNSEL
   NEW WORLD CAPITAL CURRENCY
16 FUND, L.P., a Delaware limited partnership,
   NEW WORLD CAPITAL EQUITY FUND,              Judge: Hon. John A. Houston
17 L.P., a Delaware limited partnership,       Courtroom: 11
   NEW WORLD CAPITAL MANAGEMENT,               Date:
18 LLC, a Delaware limited liability
   company, GREGORY DURAN, an individual;
19 and DOES 1-10;

20                   Defendants.

21

22

23       THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

24   Plaintiff, A Wall Street Fund I, Ltd., hereby makes the following substitution:

25   1. Former legal representative:  Eric I. Michelman, Esq.

26   ///

27   ///

28   ///

                                    1
              SUBSTITUTION OF PLAINTIFF'S COUNSEL
                                    Case No. 08CV 1042 JAH (JMA)

2.   New legal representatives:

      Eugene P. Yale, Esq. SBN 83048
      David W. Baumgarten, Esq. SBN 179574
      YALE & BAUMGARTEN LLP
      5030 Camino de la Siesta, Suite 308
      San Diego, California 92108
      Tel. (619) 220-8790
      Fax (619) 220-0369
      email:  yale@yblaw.com
             baum@yblaw.com

The undersigned hereby consent to the substitution:

Date: 9-04-2008          A WALL STREET FUND I, LTD.

                                 By: Thomas G. Buckley, Jr., General Partner

Date: 9/04/08

                                 Eugene P. Yale, Esq.

Date: 8-27-08          s/Eric I. Michelman

                                 Eric I. Michelman, Esq.
                                 E-mail: ericmichelman@lawfirmofbusiness.com

~~APPROVED:~~
~~Date:~~

                                 ~~JUDGE, UNITED STATES DISTRICT COURT~~

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am a resident in the county of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 2301 Dupont Drive, Suite 530, Irvine, California 92612.

On <u>September 5, 2008,</u> I served the foregoing Substitution of Plaintiff's Counsel on:

*Clinton W. Marrs, Esq.,*
*Vogel Campbell & Blueher, P.C.,*
*6100 Uptown Blvd., NE, Ste 500,*
*Albuquerque, New Mexico 87110,*

legal counsel for Defendant Gregory Duran.

[ X ](BY MAIL)[C.C.P. § 1013(a)(1)Person Depositing In Mail] On <u>September 5, 2008</u> I deposited such envelope in the mail at **Irvine, California**. The envelope was mailed with postage thereon fully prepaid.

[ ](BY FACSIMILE)[C.C.P. § 1013(c)] On _____ at **Irvine, California**, I transmitted the foregoing document at approximately _____ a.m./p.m. via facsimile to the addressee(s) utilizing the appropriate facsimile numbers set forth above. The document was transmitted from facsimile machine number 949-553-1880. The transmission was reported as complete and without error. Attached is a copy of the transmission report; the report was properly issued by the transmitting facsimile machine.

[ ] BY PERSONAL DELIVERY. On _____, I caused such envelope to be delivered by hand to the offices of addressee(s) set forth above.

[ ](BY OVERNIGHT EXPRESS)[C.C.P. § 1013(c)] On _____, at **Irvine, California**, I deposited such envelope in a box or other facility regularly maintained by Overnight Express, an express service carrier, or delivered to a courier or driver authorized by this express service carrier to receive documents, together with an unsigned copy of this declaration, in an envelope or other package designated by this express service carrier, with delivery fees paid or provided for.

[X](FEDERAL) I certify and declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on: September 5, 2008         s/Eric I. Michelman

---

3

**SUBSTITUTION OF PLAINTIFF'S COUNSEL**

Case No. 08CV 1042 JAH (JMA)