# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **A WALL STREET FUND I, LTD.**, a Florida limited partnership | Case No. 08 CV 1042 JAH (JMA) |
| Plaintiff, | |
| vs. | **ORDER APPROVING SUBSTITUTION OF PLAINTIFF'S COUNSEL** |
| **NEW WORLD CAPITAL CURRENCY FUND, L.P.**, a Delaware limited partnership, **NEW WORLD CAPITAL EQUITY FUND, L.P.**, a Delaware limited partnership, **NEW WORLD CAPITAL MANAGEMENT, LLC**, a Delaware limited liability company, **GREGORY DURAN**, an individual; and **DOES 1-10;** | Judge: Hon. John A. Houston<br>Courtroom: 11 |
| Defendants. | |

The Court, having reviewed the Substitution of Plaintiff's Counsel, filed on September 5, 2008 and executed by each of Plaintiff, its new legal representative Eugene P. Yale, Esq. and its former legal representative, Eric I. Michelman, Esq., it is HEREBY ORDERED that substitution of plaintiff's counsel is hereby approved.

IT IS SO ORDERED.

DATED: September 5, 2008

*/s/ John A. Houston*

JOHN A. HOUSTON
United States District Judge

1

**ORDER RE: SUBSTITUTION OF PLAINTIFF'S COUNSEL**
**Case No. 08CV 1042 JAH (JMA)**