Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

A WALL STREET FUND I, LTD., a
Florida limited partnership

**vs**

NEW WORLD CAPITAL CURRENCY FUND, L.P., a
Delaware limited partnership, NEW WORLD
CAPITAL EQUITY FUND, L.P., a Delaware
limited partnership, NEW WORLD CAPITAL
MANAGEMENT, LLC, a Delaware limited
liability company, GREGORY DURAN, an
individual; and DOES 1-10;

**SUMMONS IN A CIVIL ACTION**

Case No.    '08  CV  1 0 4 2  J  JMA

TO: (Name and Address of Defendant)

GREGORY DURAN
623 Calle Grillo
Santa Fe, New Mexico 87505

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Eric I. Michelman, Esq.
Law Offices of Eric I. Michelman
2301 Dupont Dr., Suite 530
Irvine, CA 92612          Tel: (949) 553-1800; Fax: (949) 553-1880;

An answer to the complaint which is herewith served upon you, within ___20___ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

|  |  |
|---|---|
| W. Samuel Hamrick, Jr. | JUN 1 2 2008 |
| CLERK | DATE |

By  C. PUHIMANN , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me | DATE  *6/17/08* |
|---|---|
| NAME OF SERVER:  *Donald E. Murray* | TITLE |

Check one box below to indicate appropriate method of service

| [✓] | Served personally upon the defendant.  Place where served:  *623 Calle Grillo, Santa Fe, NM*  *Gregory Duran*                                                                   *87505* |
|---|---|
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| | Name of person with whom the summons and complaint were left: _____ |
| [ ] | Return unexecuted: |
| [ ] | Other (specify): |

**STATEMENT OF SERVICE FEES**

| TRAVEL | *79x* | SERVICES *45.00* | TOTAL | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:

*12:14pm  6/17/08*        Date                   Signature of Server    *DONALD E. MURRAY*

*PO Box 1841 Santa Fe NM 87504-1841*

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)