LAW OFFICES OF
# Eric I. Michelman
2301 DUPONT DRIVE, SUITE 530
IRVINE, CALIFORNIA 92612
(949) 553-1800
FACSIMILE (949) 553-1880

ALSO ADMITTED IN
NEW YORK AND
MASSACHUSETTS

June 17, 2008

**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**

CORPORATION SERVICE COMPANY
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

Re: **NEW WORLD CAPITAL EQUITY FUND, L.P.**

Gentlemen/Ladies:

In your capacity as agent for service of process on behalf of the above referenced entity, please accept service of the following:

1. Summons; and
2. Complaint;

with respect to the below captioned case filed in Federal Court in the Southern District of California (Case No. 08 CV 1042 J JMA):

**A WALL STREET FUND I, LTD.,**
a Florida limited partnership; Plaintiff,

    vs.

**NEW WORLD CAPITAL CURRENCY FUND, L.P.**, a Delaware limited partnership, **NEW WORLD CAPITAL EQUITY FUND, L.P.**, a Delaware limited partnership, **NEW WORLD CAPITAL MANAGEMENT, LLC**, a Delaware limited liability company, **GREGORY DURAN**, an individual; and **DOES 1-10**; Defendants.

Very truly yours,

*[signature]*
Eric I. Michelman

Enclosures:

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

A WALL STREET FUND I, LTD., a
Florida limited partnership

vs

NEW WORLD CAPITAL CURRENCY FUND, L.P., a
Delaware limited partnership, NEW WORLD
CAPITAL EQUITY FUND, L.P., a Delaware
limited partnership, NEW WORLD CAPITAL
MANAGEMENT, LLC, a Delaware limited
liability company, GREGORY DURAN, an
individual; and DOES 1-10;

SUMMONS IN A CIVIL ACTION
Case No. '08 CV 1042 J JMA

TO: (Name and Address of Defendant)

NEW WORLD CAPITAL EQUITY FUND, L.P.

c/o Corporation Service Company, REGISTERED AGENT
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Eric I. Michelman, Esq.
Law Offices of Eric I. Michelman
2301 Dupont Dr., Suite 530
Irvine, CA 92612        Tel: (949) 553-1800; Fax: (949) 553-1880;

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUN 1 2 2008
DATE

By  , Deputy Clerk
C. PUHRMANN

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me | DATE |
|---|---|
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left:

☐ Return unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: _____

Date _____  Signature of Server _____

Address of Server _____

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)



